IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLEN ROD TONGCO ANDRADE,

    Petitioner,                               No. 2:11-cv-2614 EFB P

    vs.

UNITED STATES OF AMERICA, et al.,

                                        ORDER

    Respondents.

                             /

       Petitioner, who is proceeding without counsel and presently confined in a Pimal County, Arizona detention facility, seeks a writ of habeas corpus. This case is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4). On July 25, 2012, the court dismissed petitioner's first amended petition with leave to amend. The dismissal order explained the petition's deficiencies, gave petitioner 30 days to file an amended petition, and warned petitioner that failure to file an amended petition may result in dismissal.

       The 30-day period has expired and petitioner has not filed an amended petition for writ of habeas corpus or otherwise responded to the court's order.

////

Accordingly, it is hereby ORDERED that:

1. This action is dismissed;

2. The Clerk is directed to close the case; and

3. The court declines to issue a certificate of appealability.

Dated: October 10, 2012.

                    EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE